IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-87-D

| | | |
|---|---|---|
| NELSON R. SANTOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEVIN K. MCALEENAN, | ) | |
| Acting Secretary of the Department of | ) | |
| Homeland Security, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Upon consideration of the parties' Motion to Place Case in Abeyance,

IT IS HEREBY ORDERED, that the Motion is GRANTED;

IT IS FURTHER ORDERED that this case is held in abeyance for 180 days from the date of this order, at which time the parties will file a status report for the Court's consideration.

SO ORDERED. This __26__ day of September 2019.

                                                        JAMES C. DEVER III
                                                        United States District Judge