IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-87-D

| | |
|---|---|
| NELSON R. SANTOS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ORDER ) |
| ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, et al. | ) ) ) ) |
| Defendants. | ) |

Upon consideration of the parties' Joint Motion to Continue Holding Case in Abeyance,

IT IS HEREBY ORDERED, that the Motion is GRANTED;

IT IS FURTHER ORDERED that this case is held in abeyance for 60 days from the date of this order, at which time the parties will file a status report for the Court's consideration.

So ORDERED THIS 30 day of June, 2021.

JAMES C. DEVER III
United States District Judge