IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-87-D

| | | |
|---|---|---|
| NELSON R. SANTOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEJANDRO MAYORKAS, | ) | |
| Secretary of the Department of | ) | |
| Homeland Security, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Upon consideration of the parties' Joint Motion to Continue Holding Case in Abeyance,

IT IS HEREBY ORDERED, that the Motion is GRANTED;

IT IS FURTHER ORDERED that this case is held in abeyance until January 31, 2022, at which time the parties will file a status report for the Court's consideration.

So ORDERED THIS __1__ day of ~~August~~ September, 2021.

JAMES C. DEVER III
United States District Court Judge