IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-87-D

NELSON R. SANTOS, )
)
Plaintiff, )
) ORDER ON MOTION TO
v. ) LIFT ABEYANCE
)
ALEJANDRO MAYORKAS, )
Secretary of the Department of )
Homeland Security, et al. )
)
Defendants. )

Upon consideration of Plaintiff's Unopposed Motion to Lift Abeyance and Voluntarily Dismiss the case pursuant to F.R.C.P. 41(a)(1)(A)(i),

IT IS HEREBY ORDERED, that the Motion is GRANTED

IT IS HEREBY ORDERED, that the Plaintiff has voluntarily dismissed without prejudice to the Defendants.

So ORDERED this the __13__ day of October, 2021.

JAMES C. DEVER III
United States District Judge